IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EAGLE AND WHEELER, LLC AND | § | |
| JAMES ELIOT, INDIVIDUALLY AND AS | § | |
| TRUSTEE OF THE JAMES ELIOT TRUST, | § | |
| *Plaintiffs* | § | |
| v. | § | CIVIL ACTION NO. 4:17-cv-497-ALM |
| | § | |
| | § | |
| AMCO INSURANCE COMPANY, | § | |
| A NATIONWIDE COMPANY | § | |
| *Defendant* | § | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by all Plaintiffs in this matter and agreed to by Defendant AMCO Insurance Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice to re-filing.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.
 **SIGNED this 26th day of February, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE